IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KEITH THOMAS,

    Plaintiff,                     No. CIV S-00-1537 FCD DAD P

    vs.

WARDEN EDDIE YLST,

    Defendant.                  ORDER

_____/

        Plaintiff has requested leave to file an amended complaint in this case. On December 4, 2000, this action was dismissed after plaintiff failed to submit a properly completed in forma pauperis application after numerous extensions of time, failed to state a claim upon which relief may be granted after amending his complaint twice, failed to comply with court orders, and failed to prosecute the action diligently. No appeal was filed.

        Accordingly, IT IS HEREBY ORDERED that plaintiff's February 6, 2006 request for leave to file an amended complaint is denied, and no orders will issue in response to future documents improperly filed in this closed case.

DATED: February 15, 2006.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:13
thom1537.58